UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

K. Y. C.C.
                Plaintiff,

v.                                   Case No.: 1:26−cv−02506
                                      Honorable John F. Kness

Kristi Noem
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

      MINUTE entry before the Honorable John F. Kness: Telephonic emergency hearing held on 3/6/2026. As discussed on the record, the motion [4] seeking a temporary restraining order is dismissed as moot. Petitioner has filed a 28 U.S.C. § 2241 habeas corpus petition challenging his present detention in ICE custody. Respondent is ordered to respond to the habeas corpus petition on or before 3/19/2026. Petitioner must reply on or before 3/26/2026. In addition, Respondents must make a preliminary filing on or before 3/12/2026 stating: (1) whether Petitioner was located in the Northern District of Illinois at the time this case was filed; (2) the current status of Petitioner's immigration proceedings; (3) Petitioner's current location and proper Respondent based on that location; and (4) ) the government's view as to the relevance to this case of *Castaon Nava v. Dep't of Homeland Security*, 161 F.4th 1048 (7th Cir. 2025). Based on the All Writs Act, 28 U.S.C. ‡; 1651, the Government is ordered not to, consistent with its assurances during the 3/6/2026 hearing, remove Petitioner from the jurisdiction of the United States pending further order. *A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (per curiam) (citing 28 U.S.C. § 1651(a)) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter."); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.") This case is set for an in−person status hearing on 4/9/2026 at 9:45 A.M. in Courtroom 2125. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.